**Electronically Filed
Intermediate Court of Appeals
30517
18-JUL-2014
02:10 PM**

NO. 30517

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


COLLEEN HANABUSA, Plaintiff-Appellant, v.
DEPARTMENT OF ENVIRONMENTAL SERVICES OF THE CITY
AND COUNTY OF HONOLULU; DEPARTMENT OF PLANNING AND
PERMITTING OF THE CITY AND COUNTY OF HONOLULU; CITY
AND COUNTY OF HONOLULU, Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10;
DOE PARTNERSHIPS 1-10; DOE ENTITIES 1-10; AND
ROE GOVERNMENT ENTITIES 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 08-1-2562)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion of the court, filed on May 30, 2014, is hereby corrected as follows:

1.    On page 4, in the fourth line from the bottom of the page, the word "be" should be inserted between "could" and "disposed" so that as corrected, the text reads: ". . . waste that could be disposed of . . . ."

2.    On page 6, in the eighth line of footnote 3, the word "a" should be inserted between "as" and "whole" so that as corrected, the text reads: "". . . evidence in the record as a whole.""

---

[1] Nakamura, Chief Judge, Fujise, J., and Circuit Judge Kim, in place of Foley, Leonard, Reifurth, and Ginoza, JJ., all recused.

3.  On page 14, in the tenth line, the comma between "Final EIS" and "describe" should be deleted so that as corrected, the text reads: ". . . the Draft EIS and the Final EIS describe the proposed . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, July 18, 2014.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

2